```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

PHYLLIS MITCHELL,             )
                              )
        Plaintiff,     )
                              )
  v.                          )     No.  12 C 3471
                              )
FAIRMONT PINES APTS, et al.,  )
                              )
        Defendants.    )

## MEMORANDUM ORDER

Phyllis Mitchell ("Mitchell") has filed a self-prepared Complaint for Violation of Constitutional Rights, employing the form provided by the Clerk's Office for use by pro se litigants, in which Mitchell names Fairmont Pines Apartments, HUD and the Davenport, Iowa Police as defendants. This Court expresses no views as to the substance of Mitchell's Complaint, because she is clearly mistaken in filing suit in this judicial district in the first place.

As Mitchell's allegations make plain, the conduct about which she complains took place in Iowa, with no connection at all to the Northern District of Illinois. Moreover, because Mitchell's filing lists her residence as located in Moline, Illinois, her home is in the Central rather than the Northern District of Illinois, so that no basis exists for her suing here on that score as well.

Accordingly this action is dismissed without prejudice. This dismissal renders moot her simultaneously filed In Forma

Pauperis Application and Motion for Appointment of Counsel, so that her mistakes have not imposed any out-of-pocket costs on her.

```
                              _____
                              Milton I. Shadur
                              Senior United States District Judge
```

Date:  May 14, 2012